UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-357 DSD/ESS

UNITED STATES OF AMERICA,

Plaintiff,

v.

LARRY MAXWELL,

Defendant,

FRANKLIN BANK,

Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no personal accounts in this bank.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on March 3, 2008, is hereby released.

Dated: April 30, 2008

s/David S. Doty
David S. Doty, Judge
United States District Court