UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-357 DSD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LARRY D. MAXWELL,<br><br>Defendant,<br><br>VICKLAR CORPORATION,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The Secretary of State website indicates the garnishee is no longer an active corporation, therefore, at the request of the United States,

IT IS ORDERED that the Writ of Garnishment served on March 3, 2008, is hereby released.

Dated: June 23, 2008

s/David S. Doty
David S. Doty, Judge
United States District Court